IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.  06- 40040 |
| | ) | |
| v. | ) | VIO: Title 18, United States Code, |
| | ) | Section 13; 5/11-501 |
| DON P. BAKER | ) | 5/11-402 |
| Defendant. | ) | 5/11-601 |

FILED
MAR 2 0 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about February 20, 2006, in the Central District of Illinois, the defendant,

**DON P. BAKER**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jursidiction of the United States, while under the influence of alcohol, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/11-501 (a) 2 and in violation of Title 18, United States Code, Section 13.

### COUNT II

On or about February 20, 2006, in the Central District of Illinois, the defendant,

**DON P. BAKER**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jursidiction of the United States, and failed to remain at the scene of a motor vehicle accident causing damage of more than $1,000, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/11-402 and in violation of Title 18, United States Code, Section 13.

## COUNT III

On or about February 20, 2006, in the Central District of Illinois, the defendant,

**DON P. BAKER**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jursidiction of the United States, in that he failed to reduce speed to avoid a motor vehicle accident, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/11-601 and in violation of Title 18, United States Code, Section 13.

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        BY:/S/Mary L. Fuhr
          MARY L. FUHR
          SPECIAL ASSISTANT U.S. ATTORNEY
          Rock Island Arsenal
          Rock Island, IL 61299-5000
          Telephone: 309/782-8443